UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JEANETTE MOURET | CIVIL ACTION NO. 6:18-cv-01639 |
| VERSUS | JUDGE SUMMERHAYS |
| WALMART, INC., ET AL. | MAGISTRATE JUDGE HANNA |

## **JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that that the plaintiff's claims against Chas Bernard are dismissed without prejudice, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 2nd day of July, 2019.

ROBERT SUMMERHAYS
UNITED STATES DISTRICT JUDGE